UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERRELL BROWN-MOSBY, | Case No. 22-10336 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| BRIDAN GADWELL, *et al.*, | Anthony P. Patti |
| Defendants. | United States Magistrate Judge |
| _____/ | |

### OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 31, 2023 REPORT AND RECOMMENDATION (ECF No. 27)

Currently before the court is Magistrate Judge Anthony P. Patti's July 31, 2023 Report and Recommendation.  (ECF No. 27).  Magistrate Judge Patti recommends granting Defendants' motion for summary judgment.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 27),

**GRANTS** Defendants' motion for summary judgment and **DISMISSES** the complaint with prejudice.

**SO ORDERED**.

Date: August 23, 2023             s/F. Kay Behm
                                  F. Kay Behm
                                  United States District Judge